**Order entered April 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00052-CR

### SCOTT IVAN PAZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-34701-J**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this appeal **INSTANTER**.


/s/  DAVID J. SCHENCK
    JUSTICE